## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In Re:  
CARL W OSBORN  
1433 PINELAND CT  
COLUMBUS, OH 43223

Case No: 05-52095

Judge: C KATHRYN PRESTON

SSN(S): XXX-XX-1846

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated: January 25, 2010

/s/ Frank M. Pees  
Frank M. Pees  
Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| WELLS FARGO<br>1 HOME CAMPUS MAC#X2302-04C<br>DES MOINES, IA 503280001 | 57.78 |